**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| FO2GO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>                    Defendant. | C.A. No. 15-089-RGA |
| FO2GO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>PINTEREST, INC.,<br><br>                    Defendant. | C.A. No. 15-097-RGA |
| FO2GO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>SMUGMUG, INC.,<br><br>                    Defendant. | C.A. No. 15-099-RGA |
| FO2GO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>SNAPCHAT, INC.,<br><br>                    Defendant. | C.A. No. 15-100-RGA |

| | |
|---|---|
| FO2GO LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TUMBLR, INC. and YAHOO! INC.,<br><br>                Defendant. | C.A. No. 15-101-RGA |

**ORDER**

For the reasons set forth in the Court's Memorandum Opinion dated February 24, 2016, the term "server control means for parsing said recipient code from each said message" in claims 1 and 2 of U.S. Patent No. 7,173,651 ("the '651 patent") is a means-plus-function limitation for which there is no corresponding structure in the specification.  Thus, claims 1 and 2 of the '651 patent, and claims 3-5 which depend from them, are indefinite.

The Court, therefore, directs the Clerk to enter judgment of invalidity of claims 1-5 of the '651 patent for the defendants and against the plaintiff.

IT IS SO ORDERED this ___ day of _____, 2016.

                                                                  _____<br>
                                                                  HON. RICHARD G. ANDREWS<br>
                                                                  UNITED STATES DISTRICT JUDGE