IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| FO2GO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>    Defendant. | C.A. No. 15-089-RGA |
| FO2GO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | C.A. No. 15-097-RGA |
| FO2GO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SMUGMUG, INC.,<br><br>    Defendant. | C.A. No. 15-099-RGA |
| FO2GO LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SNAPCHAT, INC.,<br><br>    Defendant. | C.A. No. 15-100-RGA |

| | |
|---|---|
| FO2GO LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TUMBLR, INC. and YAHOO! INC.,<br><br>                Defendant. | C.A. No. 15-101-RGA |

### ORDER

For the reasons set forth in the Court's Memorandum Opinion dated February 24, 2016, the term "server control means for parsing said recipient code from each said message" in claims 1 and 2 of U.S. Patent No. 7,173,651 ("the '651 patent") is a means-plus-function limitation for which there is no corresponding structure in the specification. Thus, claims 1 and 2 of the '651 patent, and claims 3-5 which depend from them, are indefinite.

The Court, therefore, directs the Clerk to enter judgment of invalidity of claims 1-5 of the '651 patent for the defendants and against the plaintiff.

IT IS SO ORDERED this 29 day of February, 2016.

                                                  HON. RICHARD G. ANDREWS
                                                  UNITED STATES DISTRICT JUDGE